(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>AremisSoft Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Juno Acquisitions, Inc. | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>13-3690905 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>Two Meridian Crossings, Suite 800<br>Minneapolis, MN 55423 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    Hennepin | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor New Jersey<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business (Check all boxes that apply)**
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(c) (Optional)

**Statistical/Administrative Information (Estimates only)**
■ Debtor estimates that funds will be available for di
☐ Debtor estimates that, after any exempt property is will be no funds available for distribution to unsec

Estimated Number of Creditors   1-15  16-49
                                  ■     ☐

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,0 $10 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,0 $10 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY    RECEIPT

Case # 02-32621 nRG    Chapter 11    # 000248783 - AG
Filed: 3:49 PM, 03/15/02    Newark    04:09 PM, March 15, 2002

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $30.00 |
| 11 | 1 | $800.00 |

Judge: Rosemary Gambardella

Debtor(s):
AremisSoft Corporation

ORIGINAL

**TOTAL PAID: $830.00**
From: Paul R. DeFilippo
Gibbons, DelDeo, Dolan, Griffinger et al
One Riverfront Plaza
Newark, NJ 07102-5497

(Official Form 1) (9/01)  FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Aremissoft Corporation |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location <br> Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

X _/s/_____
Signature of Attorney
Signature of Attorney for Debtor(s)
Paul R. DeFilippo PD-9779
Printed Name of Attorney for Debtor(s)
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
Firm Name
One Riverfront Plaza
Newark, NJ 07102-5497
Address
973-596-4500
Telephone Number
3/15/02
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_____
Signature of Authorized Individual
David G. Latzke
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
3-14-02
Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## District of New Jersey

In re   AremisSoft Corporation                                          Case No. _____

                                         Debtor

                                                                        Chapter _____ 11 _____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __13-3690905__.

2. The following financial data is the latest available information and refers to debtor's condition on __3/15/2002__.

   a. Total assets                                          $   45,299,701.00   **

   b. Total debts (including debts listed in 2.c.,below)    $    9,580,550.00   **

                                                                                Approximate
                                                                                number of
   c. Debt securities held by more than 500 holders.                            holders

| | | | | | |
|---|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                            0                    0
   e. Number of shares of common stock                       39,144,422                9,900

   Comments, if any:
   **Management is unable to determine and/or substantiate these account balances.

3. Brief description of debtor's business:
   The Debtor's business was developing, marketing, implementing and supporting enterprise-wide software applications, primarily for mid-sized organizations.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Info-Quest SA, 13.5% of common stock
   Aremis Holdings, Ltd., 9.6% of common stock
   Dr. Lycourgos Kyrianou, 9.6% of common stock
   Irwin Jacobs, 9.2% of common stock

## CERTIFICATION OF RESOLUTION

I, David G. Latzke, the duly elected, qualified and acting Secretary of AremisSoft, Inc., a Delaware corporation ("AremisSoft"), do hereby certify that the following is a true and correct copy of the resolution adopted by the Board of Directors of AremisSoft on March 12, 2002. I further certify that the following resolution remains outstanding in full force and effect without amendment or modification as of the date hereof.

RESOLVED, that AremisSoft shall be, and hereby is, authorized and directed to (i) file a voluntary petition for reorganization pursuant to chapter 11 of Title 11 (the "Bankruptcy Code") of the United States Code and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing, and it is further;

RESOLVED, that officers of AremisSoft shall be, and hereby are, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of AremisSoft pursuant to chapter 11 of the Bankruptcy Code and (ii) any and all other documents necessary or appropriate in connection therewith in such form or forms as the officers may approve; and it is further

RESOLVED, that the law firms of Davis Polk & Wardwell ("DP&W") and Gibbons, Del Deo, Dolan, Griffinger & Vechione ("G&D") shall be, and they hereby are, employed under general retainer to render legal services to and to represent AremisSoft, as debtor and debtor-in-possession, in connection with any case commenced by it or against it under the Bankruptcy Code; and it is further

RESOLVED, that the officers shall be, and hereby are, authorized and empowered to retain DP&W and G&D on behalf of AremisSoft, and such other attorneys, financial advisors, accountants and other professionals as such officers deem appropriate in their judgment; and it is further

RESOLVED, that the officers shall be, and hereby are, authorized and empowered, in the name of AremisSoft, as debtor and debtor-in-possession, and on its behalf, to seek such orders from the Bankruptcy Court, including, but not limited to, orders regarding the operation of the business of AremisSoft, as such officers may deem necessary and advisable during the pendency of the chapter 11 case and, in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials as such officers may deem necessary and advisable and to retain all assistance from legal counsel, financial advisors, accountants and other professionals, and to take any and all actions that such officers shall deem necessary or advisable with respect to the chapter 11 case; and it is further

RESOLVED, that the officers shall be, and hereby are, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver or cause to be executed and delivred, for and on behalf of AremisSoft, as debtor and debtor-in-possession, any and all such further agreements, instruments and documents, certificates and undertakings and to pay all such fees and expenses, as such officers so acting shall deem necessary, appropriate and

advisable in his or her judgment to fully carry out the intent and accomplish the purposes of these resolutions; and it is further

RESOLVED, that the officers shall be, and hereby are, authorized and empowered to appear and testify on behalf of AremisSoft in any hearings or proceedings arising in or relate to any case commenced by it or against it under the Bankruptcy Code, including, without limitation, the meeting of creditors held pursuant to section 341 of the Bankruptcy Code; and it is further

RESOLVED, that all of the acts and transactions of the officers of AremisSoft, which have been taken, caused to have been taken or made prior to the effective date of these resolutions in connection with the matters set forth in these resolutions, and hereby ratified, confirmed and approved in all respects as the acts and deeds of AremisSoft.

Dated: March 12, 2002

_____
Secretary of AremisSoft, Inc.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## District of New Jersey

In re    AremisSoft Corporation    Case No. _____

Debtor

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mel Stuckey<br>46 Red Birch Court<br>Danville, CA 94506 | Mel Stuckey<br>46 Red Birch Court<br>Danville, CA 94506 | Consulting Contract | | 405,000.00 |
| Jimmie Caldwell<br>6209 St. Alban Circle<br>Edina, MN 55439 | Jimmie Caldwell<br>6209 St. Alban Circle<br>Edina, MN 55439 | Consulting Contract | | 270,000.00 |
| Bartel, Eng & Schroeder<br>300 Capital Mall<br>Suite 1100<br>Sacramento, CA 95814 | Bartel, Eng & Schroeder<br>300 Capital Mall<br>Suite 1100<br>Sacramento, CA 95814 | Trade debt | Disputed | Unknown |
| Eltrax UK Limited<br>c/o Ormerods<br>Green Dragon House<br>64-70 High Street<br>Croydon, England CRO 9XN | Eltrax UK Limited<br>c/o Ormerods<br>Green Dragon House<br>Croydon, England CRO 9XN | | | Unknown |
| PKF<br>420 Lexington Avenue<br>Suite 2400<br>New York, NY 10170 | PKF<br>420 Lexington Avenue<br>Suite 2400<br>New York, NY 10170 | Trade debt | Disputed | Unknown |

In re   AremisSoft Corporation                                    Case No. _____
_____,
                       Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PKF<br>New Garden House<br>78 Hatten Garden<br>London, UK | PKF<br>New Garden House<br>78 Hatten Garden<br>London, UK | Trade debt | Disputed | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No. _____

In re **Aremissoft Corporation**
_____
Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date __3/15/02__

Signature _____
David G. Latzko
Chief Financial Officer

*Penalty for making a false statement or concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  Aremissoft Corporation
                                Debtor

Case No. _____

Chapter _____11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date  March 15, 2002

Signature _____
David G. Latzke
Chief Financial Officer

Bartel, Eng & Schroeder
300 Capital Mall
Suite 1100
Sacramento, CA 95814


Eltrax UK Limited
c/o Ormerods
Green Dragon House
64-70 High Street
Croydon, England CRO 9XN


Grumley Haft Inc.
415 Madison Avenue
Fifth Floor
New York, NY 10017


Jimmie Caldwell
6209 St. Alban Circle
Edina, MN 55439


Mel Stuckey
46 Red Birch Court
Danville, CA 94506


Paul Bloom
150 East 57th Street
Apt. 28 E
New York, NY 10022


PKF
420 Lexington Avenue
Suite 2400
New York, NY 10170


PKF
New Garden House
78 Hatten Garden
London, UK